IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Fleming Companies, Inc., et al. | ) | Case No. 03-10945 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**NOTICE OF APPEAL OF FOOD MARKETING GROUP, INC.**

Pursuant to 28 U.S.C. § 158(a), Food Marketing Group, Inc. appeals the Order dated October 19, 2005 granting the Cross-Motion of the Post-Confirmation Trust for Declaratory Relief (Docket No. 11930) entered by the United States Bankruptcy Court for the District of Delaware, Chief Judge Mary F. Walrath, a copy of which is attached hereto as Exhibit A.

The names of all the parties to the judgment, order or decree appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

| PARTY | ATTORNEYS |
|---|---|
| Reclamation Creditors' Trust | Steven K. Kortanek <br> Michael W. Yurkewicz <br> Klehr, Harrison, Harvey, Branzburg & Ellers LLP <br> 919 Market Street, Suite 1000 <br> Wilmington, Delaware 19801 <br> Telephone: (302) 552-5503 <br><br> Janice L. Duban <br> DLA Piper Rudnick Gray Cary US LLP <br> 203 N. Lasalle Street, Suite 1900 <br> Chicago, IL 60601 <br> Telephone: (312) 368-7097 <br><br> Mark J. Friedman <br> DLA Piper Rudnick Gray Cary US LLP <br> 6225 Smith Avenue <br> Baltimore, MD 21209 <br> Telephone: (410) 580-4153 <br><br> Daniel J. Carrigan <br> DLA Piper Rudnick Gray Cary US LLP <br> 1200 19th Street, N.W. <br> Washington, DC 20036 <br> Telephone: (202) 861-3840 |

| PARTY | ATTORNEYS |
|---|---|
| Food Marketing Group, Inc. | Mark E. Felger<br>Jeffrey R. Waxman<br>Cozen O'Connor<br>Chase Manhattan Centre, Suite 1400<br>Wilmington, Delaware 19801<br>Telephone: (302) 295-2000<br><br>Neil Berger<br>Togut Segal & Segal LLP<br>One Penn Plaza<br>New York, New York 10119<br>Telephone: (212) 594-5000<br><br>Therese D. Pritchard, Esquire<br>Bryan Cave, LLP<br>700 Thirteenth Street, N.W.<br>Washington, D.C. 20005-3960<br>Telephone: (202) 508-6252 |
| Kemps LLC | Stephen M. Miller, Esquire<br>Douglas N. Candeub<br>Morris, James, Hitchens &Williams LLP<br>222 Delaware Avenue<br>Wilmington, Delaware 19801<br>Telephone: (302) 888-6853 |
| Kraft Foods Global, Inc. | Mary F. Caloway<br>Klett Rooney Lieber & Schorling<br>1000 West Street<br>Suite 1410<br>Wilmington, Delaware 19801<br>Telephone: (302) 552-4200<br><br>Daniel G. Hildebrand<br>Mayer, Brown, Rowe & Maw LLP<br>71 South Wacker Drive<br>Chicago, IL 60606<br>(312) 701-7787 |

| PARTY | ATTORNEYS |
|---|---|
| Dean Foods Company | Jeffrey M. Schlerf<br>Eric M. Sutty<br>The Bayard Firm<br>222 Delaware Avenue<br>Wilmington, DE 19801<br>Telephone: (302) 655-5000<br><br>Mark H. Ralston<br>Munsch Hardt Kopf & Harr, P.C.<br>4000 Fountain Place<br>1445 Ross Avenue<br>Dallas, TX 75202<br>Telephone: (214) 855-7500 |
| Post Confirmation Trust | Kathy Patrick<br>Gibbs & Bruns, LLP<br>1100 Louisiana Street, Suite 5300<br>Houston, TX 77002<br>(713) 650-8805<br><br>Laura Davis Jones<br>Pachulski, Stang, Ziehl, Young,<br>Jones & Weintraub P.C.<br>919 North Market Street, 17th Floor<br>Post Office Box 8705<br>Wilmington, DE 19899<br>(302) 778-6401 |

Dated: October 31, 2005          COZEN O'CONNOR

/s/ Jeffrey R. Waxman
Mark E. Felger (#3919)
Jeffrey R. Waxman (#4159)
Chase Manhattan Centre, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 295-2000
Telecopy: (302) 295-2013

-and-

Neil Berger, Esquire
Togut Segal & Segal LLP
One Penn Plaza
New York, New York 10119
Telephone: (212) 594-5000

    -and-

Therese D. Pritchard, Esquire
Bryan Cave, LLP
700 Thirteenth Street, N.W.
Washington, D.C. 20005-3960
Telephone: (202) 508-6252

*Attorneys for Food Marketing Group, Inc.*

**EXHIBIT "A"**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 03-10945 (MFW) |
| Fleming Companies, Inc., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | Related Docket Nos.: 11889, 11824 & 11822 |
| | ) | |

## ORDER ON
## CROSS-MOTION OF THE POST-CONFIRMATION TRUST
## FOR DECLARATORY RELIEF

The Court has considered the briefs and arguments submitted by the Post Confirmation Trust (PCT) and by the Reclamation Creditors' Trust, concerning the ownership of claims and Causes of Action pending in the PCT's Cross-Complaint against James Green, Christopher Thorpe, John Kenneth Adams, Rosario Coniglio, Steven Schmidt, Bruce Keith Jensen, John D. Robinson, and Peter Frank (collectively, "the Vendor Officers"). Under the terms of the Fleming Plan of Reorganization, the Claims and Causes of action against the Vendor Officers are the property of the PCT.

Accordingly, the Motion of the Reclamation Creditors' Trust to Enforce the Reorganization Plan and to Enjoin the Post-Confirmation Trust From Pursuing Claims is DENIED. The PCT's Cross-Motion for Declaratory Relief is GRANTED on all grounds stated therein, and the Court DECLARES that:

1. Under Fleming's Plan of Reorganization, the claims against the Vendor Officers, which were preserved by the Plan, who are not Reclamation Creditors, are the property of the PCT;

DKT. NO. 11930
DT. FILED 10/20/05

2. ~~No person shall, hereafter, assert or argue that the PCT does not own or have standing to pursue the claims it has filed in its pending Cross-Action in *In re Fleming Companies Securities Litig.*, C.A. No. 05-03-1530 (TJW) Case No. MDL-1530; and,~~

3. The Reclamation Creditors' Trust shall cease and desist from any further effort to interfere with the PCT's prosecution of the claims against the Vendor Officers.

SIGNED this 19th day of October, 2005.

_____
The Honorable Mary F. Walrath
United States Bankruptcy Court, Chief Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Fleming Companies, Inc., et al. | ) | Case No. 03-10945 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**CERTIFICATION OF SERVICE OF NOTICE OF
APPEAL OF FOOD MARKETING GROUP, INC.**

I, Jeffrey R. Waxman, hereby certify that I am not less than 18 years of age and further certify that on October 31, 2005, I caused to be served a true and correct copy of *Notice Of Appeal Of Food Marketing Group, Inc.* upon the parties identified on the service list attached hereto as Exhibit "A" via regular first class mail, postage pre-paid.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: October 31, 2005

                                                           COZEN O'CONNOR

                                    By:  /s/ Jeffrey R. Waxman
                                              Jeffrey R. Waxman (No. 4159)
                                              1201 N. Market Street
                                              Suite 1400
                                              Wilmington, DE  19801
                                              Telephone:  302-295-2000

## EXHIBIT "A" - SERVICE LIST

| **PARTY** | **COUNSEL** |
|---|---|
| Reclamation Creditors' Trust | Steven K. Kortanek<br>Michael W. Yurkewicz<br>Klehr, Harrison, Harvey, Branzburg & Ellers LLP<br>919 Market Street, Suite 1000<br>Wilmington, Delaware 19801<br><br>Janice L. Duban<br>DLA Piper Rudnick Gray Cary US LLP<br>203 N. Lasalle Street, Suite 1900<br>Chicago, IL 60601<br><br>Mark J. Friedman<br>DLA Piper Rudnick Gray Cary US LLP<br>6225 Sixth Avenue<br>Baltimore, MD 21209<br><br>Daniel J. Carrigan<br>DLA Piper Rudnick Gray Cary US LLP<br>1200 19th Street, N.W.<br>Washington, DC 20036 |
| Kemps LLC | Stephen M. Miller, Esquire<br>Douglas N. Candeub<br>Morris, James, Hitchens &Williams LLP<br>222 Delaware Avenue<br>Wilmington, Delaware 19801 |
| Kraft Foods Global, Inc. | Mary F. Caloway<br>Klett Rooney Lieber & Schorling<br>1000 West Street<br>Suite 1410<br>Wilmington, Delaware 19801<br><br>Daniel G. Hildebrand<br>Mayer, Brown, Rowe & Maw LLP<br>71 South Wacker Drive<br>Chicago, IL 60606 |

| | |
|---|---|
| Dean Foods Company | Jeffrey M. Schlerf<br>Eric M. Sutty<br>The Bayard Firm<br>222 Delaware Avenue<br>Wilmington, DE 19801<br><br>Mark H. Ralston<br>Munsch Hardt Kopf & Harr, P.C.<br>4000 Fountain Place<br>1445 Ross Avenue<br>Dallas, TX 75202 |
| Post Confirmation Trust | Kathy Patrick<br>Gibbs & Bruns, LLP<br>1100 Louisiana Street, Suite 5300<br>Houston, TX  77002<br><br>Laura Davis Jones<br>Pachulski, Stang, Ziehl, Young,<br>Jones & Weintraub P.C.<br>919 North Market Street, 17th Floor<br>Post Office Box 8705<br>Wilmington, DE  19899 |

| Office of U.S. Trustee | Office of the U.S. Trustee<br>844 King Street, Suite 2207<br>Lock Box 35<br>Wilmington, DE 19801 |