UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

12/5/05

C.A. No.:
Bankruptcy Case No.: **03-10945 (MFW)**
Appeal No.: **05-76, 05-77, 05-78 and 05-79**

Bankruptcy Appeal Transmittal Sheet

| | |
|---|---|
| Name of Appellant(s) | **Kraft Foods Global, Inc. (AP-05-76)** |
| Counsel for Appellant(s) | **Daniel G. Hildebrand**<br>**Richard G. Ziegler**<br>**Mayer, Brown, Rowe and Maw LLP**<br>**71 South Wacker Drive**<br>**Chicago, IL 60606**<br>**(312) 782-0600**<br>    **and**<br>**Mary F. Caloway**<br>**Klett Rooney Lieber & Schorling**<br>**1000 West Street**<br>**Suite 1410**<br>**Wilmington, DE 19801**<br>**(302) 552-4200** |
| Name of Appellant(s) | **Food Marketing Group, Inc. (AP-05-77)** |
| Counsel for Appellant(s) | **Mark E. Felger**<br>**Jeffrey R. Waxman**<br>**Cozen O'Connor**<br>**Chase Manhattan Centre, Suite 1400**<br>**Wilmington, Delaware 19801**<br>**(302) 295-2000**<br><br>**Neil Berger**<br>**Togut Segal & Segal LLP**<br>**One Penn Plaza**<br>**New York, New York 10119**<br>**(212) 594-5000** |

|  |  |
|---|---|
|  | and |
|  | Therese D. Pritchard, Esquire<br>Bryan Cave, LLP<br>700 Thirteenth Street, N.W.<br>Washington, D.C.  20005-3960<br>(202) 508-6252 |
| Name of Appellant(s) | **Kemps LLC (AP-05-78)** |
| Counsel for Appellant(s) | **Stephen M. Miller**<br>**Douglas N. Candeub**<br>**Thomas M. Horan**<br>**Morris, James, Hitchens & Williams LLP**<br>**222 Delaware Avenue**<br>**Wilmington, Delaware 19801**<br>**(302) 888-6800** |
| Name of Appellant(s) | **Dean Foods Company (AP-05-79)** |
| Counsel for Appellant | **Jeffrey M. Schlerf**<br>**The Bayard Firm**<br>**222 Delaware Avenue**<br>**Wilmington, DE 19801**<br>**(302) 655-5000** |
|  | and |
|  | **Mark H. Ralston**<br>**Munsch Hardt Kopf & Harr, P.C.**<br>**3800 Lincoln Plaza**<br>**500 N. Akard Street**<br>**Dallas, TX 75201**<br>**(214) 855-7500** |
| Name of Debtor | **Fleming Companies, Inc.** |
| Counsel of Debtor | **Laura Davis Jones**<br>**James E.O'Neill**<br>**Scotta E. McFarland**<br>**Pachulski Stang Ziehl Young Jones and Weintraub, P.C.**<br>**919 North Market Street, 16th Floor**<br>**PO Box 8705** |

**Wilmington, DE 19899-8705**
**(302) 652-4100**

Enclosed Items:

**Notice of Appeal #05-76 (Docket #12006)**
**Notice of Appeal #05-77 (Docket #12007)**
**Notice of Appeal #05-78 (Docket #12009)**
**Notice of Appeal #05-79 (Docket #12015)**
**Affidavit of Service AP-05-79 (Docket #12018)**
**Affidavit of Service AP-05-78 (Docket #12020)**
**Affidavit of Service AP-05-76 (Docket #12021)**
**Appealed Order (Docket #11930)**
**Appellant Designation AP-05-78 (Docket #12094)**
**Appellant Designation AP-05-76 (Docket #12095)**
**Appellant Designation AP-05-79 (Docket #12096)**
**Appellant Designation AP-05-77 (Docket #12097)**
**Certificate of Service AP-05-76 (Docket #12105)**
**Appellee Designation AP-05-76 (Docket #12143)**
**Appellee Designation AP-05-77 (Docket #12144)**
**Appellee Designation AP-05-78 (Docket #12145)**
**Appellee Designation AP-05-79 (Docket #12146)**