IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FLEMING COMPANIES, INC., et al., | ) | Case No. 03-10945 (PJW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| KRAFT FOODS GLOBAL, INC., | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civil Case No. 1:05-cv-00832 |
| | ) | |
| POST-CONFIRMATION TRUST, | ) | |
| | ) | |
| Appellee. | ) | |
| | ) | |
| FOOD MARKETING GROUP, INC., | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civil Case No. 1:05-cv-00833 |
| | ) | |
| POST-CONFIRMATION TRUST, | ) | |
| | ) | |
| Appellee. | ) | |

**ORDER GRANTING MOTION OF
FOOD MARKETING GROUP, INC. TO CONSOLIDATE APPEALS**

This matter having come before the Court on the Motion of Food Marketing Group, Inc. to Consolidate Appeals to Consolidate Appeals (the "Motion"),[1] and it appearing that proper notice was provided to all parties in interest, and no objections having been filed;

IT IS HEREBY ORDERED that:

The Motion is GRANTED; and it is further

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

**ORDERED** that the appeals of Kraft Foods Global, Inc. and Food Marketing Group, Inc. are consolidated under Civil Case No. 1:05-cv-00832 (the "Consolidated Appeal"); and it is further

**ORDERED** that the caption set forth above is established as the caption for the Consolidated Appeal; and it is further

**ORDERED** that this Order shall be filed in Civil Case Nos. 1:05-cv-00832 and 1:05-cv-00832.

Dated: this _____ day of _____, 2005

_____
United States District Court Judge