IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FLEMING COMPANIES, INC., et al., | ) | Case No. 03-10945 (PJW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| KRAFT FOODS GLOBAL, INC., | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civil Case No. 1:05-cv-00832 |
| | ) | |
| POST-CONFIRMATION TRUST, | ) | |
| | ) | |
| Appellee. | ) | |
| | ) | |
| FOOD MARKETING GROUP, INC., | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civil Case No. 1:05-cv-00833 |
| | ) | |
| POST-CONFIRMATION TRUST, | ) | |
| | ) | |
| Appellee. | ) | |

**CERTIFICATE OF SERVICE**

    I, Jeffrey R. Waxman, do hereby certify that on this 7th day of December 2005, I caused a true and correct copy of *Motion of Food Marketing Group, Inc. to Consolidate Appeals* to be served upon the following parties via the manners indicated:

***Hand Delivery***
Steven K. Kortanek, Esquire
Michael W. Yurkewicz, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers
919 Market Street, Suite 1000
Wilmington, Delaware 19801
*Counsel to Reclamation Creditors' Trust*

***First Class Mail***
Janice L. Duban, Esquire
DLA Piper Rudnick Gray Cary US LLP
203 N. Lasalle Street, Suite 1900
Chicago, IL 60601
*Counsel to Reclamation Creditors' Trust*

Stephen M. Miller, Esquire
Douglas N. Candeub, Esquire
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue
Wilmington, Delaware 19801
*Counsel to Kemps LLC*

Mary F. Caloway, Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, Delaware 19801
*Counsel to Kraft Foods Global, Inc.*

Jeffrey M. Schlerf, Esquire
Eric M. Sutty, Esquire
The Bayard Firm
222 Delaware Avenue
Wilmington, DE 19801
*Counsel to Dean Foods Company*

Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young,
Jones & Weintraub P.C.
919 North Market Street, 17th Floor
Wilmington, DE 19901
*Counsel to Post Confirmation Trust*

Mark J. Friedman, Esquire
DLA Piper Rudnick Gray Cary US LLP
6225 Smith Avenue
Baltimore, MD 21209
*Counsel to Reclamation Creditors' Trust*

Daniel J. Carrigan, Esquire
DLA Piper Rudnick Gray Cary US LLP
1200 19th Street, N.W.
Washington, DC 20036
*Counsel to Reclamation Creditors' Trust*

Daniel G. Hildebrand, Esquire
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606
*Counsel to Kraft Foods Global, Inc.*

Mark H. Ralston, Esquire
Munsch Hardt Kopf & Harr, P.C.
4000 Fountain Place
1445 Ross Avenue
Dallas, TX 75202
*Counsel to Dean Foods Company*

Kathy Patrick
Gibbs & Bruns, LLP
1100 Louisiana Street, Suite 5300
Houston, TX 77002
*Counsel to Post Confirmation Trust*

Under penalty of perjury, I certify that the foregoing is true and correct.

**COZEN O'CONNOR**

*/s/ Jeffrey R. Waxman*
Jeffrey R. Waxman (No. 4159)

WILM1\32481\1 099997.000

2