IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Fleming Companies, Inc. et al. | ) | Case No. 03-10945(PJW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| Kraft Foods Global Inc., | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | Civil Case No. 1:05-cv-00832(SLR) |
| v. | ) | |
| | ) | |
| Post Confirmation Trust, | ) | |
| | ) | |
| Appellee. | ) | |
| Food Marketing Group, Inc., | ) | Related # 7 |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civil Case No. 1:05-cv-00833(SLR) |
| | ) | |
| Post-Confirmation Trust, | ) | |
| | ) | |
| Appellee. | ) | |

**AFFIDAVIT OF SERVICE**

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | )ss |
| COUNTY OF NEW CASTLE | ) |

Louise Tuschak, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. and that on the 2nd day of February 2006, she caused a copy of the following document to be served upon the parties on the attached service lists in the manner indicated:

28587-001\DOCS_DE:114989.1

Order [Standing Order Regarding Procedures Governing Mediation of Appeals]

                                                                                               _/s/ Louise Tuschak_
                                                                                               Louise Tuschak

Sworn to and subscribed before
me this 6th day of February 2006

_/s/ Rita Marie Olivere_
Notary Public
    My Commission Expires: _March 15, 2007_

**Service List**
**Dean Foods Company**

*Hand Delivery*
Jeffrey M. Schlerf, Esquire
Kathryn D. Sallie, Esquire
The Bayard Firm
222 Delaware Avenue
Wilmington, DE 19801

*First Class Mail*
Mark H. Ralston, Esquire
Munsch Hardt Kofp & Harr, P.C.
4000 Fountain Place
1445 Ross Avenue
Dallas, TX 75202